UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-08897 PA (PDx) | Date | September 3, 2026 |
| Title | Dulce Cristobal v. Dignity Community Care, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS—ORDER TO SHOW CAUSE

Removing Defendant Anthony Pickett, M.D. ("Dr. Pickett") is ordered to serve a copy of his Notice of Removal, including a copy of the state court complaint filed in the underlying state court action, on the United States of America. A proof of service shall be filed by September 11, 2026.

IT IS SO ORDERED.